**Motion Granted; Order filed June 19, 2018.**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-17-00988-CR**

_____

**DARIAN BLOUNT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 230th District Court
Harris County, Texas
Trial Court Cause No. 1517279**

## ORDER

Appellant is represented by retained counsel, Josh Schaffer. Appellant's brief was originally due March 15, 2018. We have granted a total of 90 days to file appellant's brief until June 13, 2018. No brief was filed. On June 12, 2018, counsel filed a further request for extension of time to file appellant's brief.

We grant the request for extension and order Josh Schaffer to file a brief with the clerk of this court on or before July 12, 2018. No further requests for extensions

will be entertained absent exceptional circumstances. If counsel does not timely file appellant's brief as ordered, the court may issue an order abating the appeal and directing the trial court to conduct a hearing to determine the reason for the failure to file the brief and the consideration of sanctions, appointment of new counsel, or other appropriate relief.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Donovan and Brown.